```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 21654
  THOMAS JANICKI
  AMY N PETERSON                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-4627    SSN XXX-XX-0363
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/22/08 and confirmed on 01/15/09.

2. The case was converted to Chapter 7 after confirmation, 01/30/2009.

3. The Debtor paid a total of $ 3374.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 9907.94 | 43.21 | 2466.68 |
| PULTE MTGE | UNSECURED | NOT FILED | .00 | .00 |
| EVERHOME MORTGAGE CO | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 2788.10 | .00 | .00 |
| JAHNKE & TOOLIS | REIMBURSEMENT | 19.32 | .00 | 19.32 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12696.04 | 19.32 | .00 | .00 | 12715.36 |
| PRINCIPAL PAID | 2466.68 | 19.32 | .00 | .00 | 2486.00 |
| INTEREST PAID | 43.21 | .00 | .00 | .00 | 43.21 |
| TOTAL PAID | 2509.89 | 19.32 | .00 | .00 | 2529.21 |

The Debtor's attorney, JAHNKE & TOOLIS             , was allowed $ 3500.00 and was paid $ 665.96 .

The Trustee received $ 178.83 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




PAGE  2
CASE NO. 07 B 21654 THOMAS JANICKI & AMY N PETERSON